Date Signed:
January 11, 2019



SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>TERESA JEAN MOORE,<br><br>                      Debtor. | Case No.: 17-01311<br>Chapter 13<br><br>Related Dkt. No. 189 |

## ORDER DENYING MOTION TO RECONSIDER

On December 19,218, I entered an order dismissing the case with prejudice and enjoining Teresa Jean Moore from filing any bankruptcy petition under any chapter in any United States bankruptcy court for five years. On January 2, 2019, Ms. Moore filed a motion to reconsider.[1]

Ms. Moore appears to seek reconsideration under rule 9023 of the Federal Rules Bankruptcy Procedure, which incorporates rule 59 of the Federal Rules of Civil

---

[1] Dkt. 189.

Procedure. To obtain reconsideration under rule 9023, Ms. Moore must demonstrate: "(1) manifest error of fact; (2) manifest error of law; or (3) newly discovered evidence." In re Hansen, 368 B.R. 868, 878 (B.A.P. 9th Cir. 2007). There is no error of fact or law and no newly discovered evidence that would support reconsideration under rule 9023. The arguments she sets forth in the motion merely restate the same arguments that she previously raised and this Court rejected. Therefore,

IT IS HEREBY ORDERED that Ms. Moore's motion to reconsider is DENIED.

END OF ORDER